UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MAMMANA : | |
| : | |
| Plaintiff, : | NO.:  4:17 -cv-00645 |
| v.  : | |
| : | |
| FEDERAL BUREAU OF : | |
| PRISONS, et al. : | Jury of Twelve (12) Jurors Demanded |
| Defendants. : | |

### AFFIDAVIT OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that a **Summons and Civil Action Complaint** was **served** upon the following defendants respectfully: **Department of Justice United States Attorney's Office** via Certified Mail Return Receipt *7016 3010 0000 1804 3295* on **August 7, 2017** at Ronald Reagan Federal Building, Suite 220, 228 Walnut Street, Harrisburg, PA; **Office of the Attorney General** via Certified Mail Return Receipt *7016 3010 0000 1804 3288* on **August 10, 2017** at 950 Pennsylvania Avenue, NW, Washington, DC 20530.

Proof of service is attached hereto. (See Exhibit A).

WEISBERG LAW

_____
Matthew B. Weisberg, Esquire
*Attorney for Plaintiff*

# EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Attorney General
U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

9590 9402 1768 6074 3581 00

2. Article Number (Transfer from service label)

7016 3010 0000 1804 3288

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
AUG 10 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept. of Justice - U.S. Attorney
Ronald Reagan Fed. Bldg. #220
228 Walnut Street
Harrisburg, PA 17108-1754

9590 9402 1768 6074 3581 17

2. Article Number (Transfer from service label)

7016 3010 0000 1804 3295

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Susan Melendez                    8-7-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt