# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MAMMANA | : | |
| | : | CIVIL ACTION NO.: 4:17-CV-00645 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF | : | |
| PRISIONS, et al. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## ORDER

AND NOW this _____ day of _____, 2017, upon consideration of Plaintiff's Uncontested Motion for Enlargement of Time to Respond/Amend to Defendants' Motion to Dismiss, et al., and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion to Enlarge is GRANTED, and Plaintiff may respond/amend to Defendants' motions by: Friday, November 24, 2017.

**AND IT IS SO ORDERED**.

_____
Hon. Mag. Judge William I. Arbuckle

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MAMMANA | : | |
| | : | CIVIL ACTION NO.: 4:17-CV-00645 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF | : | |
| PRISONS, et al. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS, et al.

The above-captioned matter is an action in civil rights, *inter alia*.

To that Complaint, Defendants have brought a Motion to Dismiss, et al. for failure to state a claim. (Docket No. 9).

Plaintiff's response is due on: November 10, 2017.

Plaintiff respectfully requests a fourteen (14) days enlargement of time to respond to Defendants' complex and voluminous motion and Defendants do not contest enlargement.

This motion is timely. Attached is a certificate consistent with Local Rule.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant fourteen (14) days enlargement to respond to Defendants' Motion to Dismiss, et al.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY MAMMANA | : | |
| | : | CIVIL ACTION NO.: 4:17-CV-00645 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF | : | |
| PRISIONS, et al. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## **CERTIFICATION**

I, Matthew B. Weisberg, Esquire, being deposed, hereby affirm/swear, under penalty for false statements, that Plaintiff sought Defendants' concurrence in the attached proposed Order, and Defendants are unopposed.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY MAMMANA | : | |
| | : | CIVIL ACTION NO.: 4:17-CV-00645 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF | : | |
| PRISIONS, et al. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, Esquire, hereby certify that on this 9th day of November, 2017, a true and correct copy of the foregoing Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss was served via ECF upon the following parties:

Donald Simpson, Esquire
**U.S. Attorney's Office - Prisoner Litigation**
228 Walnut Street - Suite 220
Harrisburg, PA 17108

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff