# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MAMMANA, | No. 4:17-CV-00645 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

## ORDER

### AUGUST 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss, ECF No. 9, is **DENIED AS MOOT.**

2. Defendant's Motion to Dismiss, ECF No. 23, is **GRANTED**, and Plaintiff's Amended Complaint, ECF No. 22, is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge