UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2937
_____

ANTHONY MAMMANA,
  Appellant

v.

FEDERAL BUREAU OF PRISONS; LIEUTENANT BARBEN; MEDICAL
ASSISTANT TAYLOR; JOHN DOES (1-10)

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. No.: 4-17-cv-00645)
District Judge: Honorable Matthew W. Brann

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
July 11, 2019

Before: SHWARTZ, KRAUSE, and FUENTES, *Circuit Judges*

## JUDGMENT

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on July 11, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on August 24, 2018 is hereby

VACATED and REMANDED.  All of the above in accordance with the Opinion of this Court.  The parties to bear their own costs.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 14, 2019