# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MAMMANA, | No. 4:17-CV-00645 |
| Plaintiff, | (Judge Brann) |
| v. | |
| LIEUTENANT BARBEN, *et al.*, | |
| Defendants. | |

## ORDER

### JUNE 25, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Barben's motion for judgment on the pleadings (Doc. 43) is **GRANTED**;

2. Judgment is entered in favor of Defendants;

3. Mammana's claims are **DISMISSED**; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge