**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY MAMMANA | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 4:17-CV-645 |
| | : | |
| vs. | : | |
| | : | |
| LIEUTENANT BARBEN, et al. | : | |
| | : | |
| Defendants. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($            ), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   Judgment is entered in favor of Defendants.


This action was:

\_\_\_\_ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**  decided by Judge Matthew W. Brann pursuant to June 25, 2020 Memorandum Opinion and Order.


Dated: 6/25/2020            Peter Welsh, Clerk of Court
                            By: s/Lisa A. Gonsalves, deputy